Electronically Filed
 Supreme Court
 SCOT-10-0000237
 10-JAN-2011
 02:20 PM

 NO. SCOT-10-0000237

 IN THE SUPREME COURT OF THE STATE OF HAWAI'I

 JANICE K. M. CHUNG KELI'IHANANUI, Petitioner,

 vs.

 GENE EVANS and BRUCE KAM, Respondents.

 ORIGINAL PROCEEDING

 ORDER

 (By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.

 and Circuit Judge Chang, assigned by reason of vacancy)

 Upon review of the complaints filed in the supreme

court by complainant Janice K. M. Chung Keli'ihananui, it appears

that we lack jurisdiction to consider complainant’s claims of

cruel and unusual punishment. See HRS § 602-5 (Supp. 2009).

Therefore,

 IT IS HEREBY ORDERED that the complaints are dismissed.

 DATED: Honolulu, Hawai'i, January 10, 2011.

 /s/ Mark E. Recktenwald

 /s/ Paula A. Nakayama

 /s/ Simeon R. Acoba, Jr.

 /s/ James E. Duffy, Jr.

 /s/ Gary W.B. Chang